O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONARD JAMES McSHERRY,                    )        CASE NO. CV 10-00110 VAP (RZ)
                                           )
                      Petitioner,          )
                                           )        JUDGMENT
           vs.                             )
                                           )
DERRAL G. ADAMS, WARDEN,                   )
                                           )
                      Respondent.          )
─────────────────────────────────────     )

        This matter came before the Court on the Petition of LEONARD JAMES
McSHERRY, for a writ of habeas corpus.  Having reviewed the Petition and supporting
papers, and having accepted the findings and recommendation of the United States
Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action
is dismissed with prejudice.

DATED: January 7, 2011

                                          _____
                                          VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE